| 29286 | State v. Carr | Affirmed |

**June 8, 2011**

| CAAP–10–00 00035 | State v. Ledune | Affirmed |